# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-14-422 |
| | § § § § | |
| MIGUEL LIAS-SANCHEZ | § | |

# O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No 13.). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 29. 2014 |
| Responses are to be filed by: | January 12, 2015 |
| Pretrial conference is reset to**:** | **January 20, 2015at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 26, 2015 at 9:00 a.m.** |

SIGNED on October 20, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge